**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JEFFREY K. DAVIS**                                                                  **PLAINTIFF**

**V.**                                      **CAUSE NO. 3:16cv00300-GHD-JMV**

**UNITED STATES OF AMERICA MARSHAL SERVICE**
*An Agency of the United States of America*, **ET AL.**           **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling . . . a motion asserting . . . a [] jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." Because a defendant has raised the issue of subject matter jurisdiction by separate motion [10],

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings and the case management conference are hereby **STAYED** pending a ruling on the jurisdiction motion.

This 8th day of May, 2017.

                                                                  /s/ Jane M. Virden
                                                                  U.S. Magistrate Judge