IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JEFFREY K. DAVIS                                                                           PLAINTIFF

V.                                                         CIVIL ACTION NO. 3:16-CV-300-LG-JMV

UNITED STATES MARSHALS SERVICE, et al.                              DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States Magistrate Judge Jane Virden on December 28, 2016. Judge Virden, on her own motion, hereby RECUSES herself from this case.

It is hereby ORDERED that the Clerk of the Court is directed to re-assign this case to another Magistrate Judge.

This, the 5th day of July, 2017.

                                                 **/s/ Jane M. Virden**
                                                 **U. S. MAGISTRATE JUDGE**