IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JEFFREY K. DAVIS**                                                                  **PLAINTIFF**

v.                                        **CAUSE NO. 3:16cv300-LG-RHW**

**UNITED STATES MARSHALS
SERVICE, et al.**                                                            **DEFENDANTS**

## AMENDED JUDGMENT

On May 21, 2021, the United States Court of Appeals for the Fifth Circuit issued a Mandate, Judgment, and Opinion vacating this Court's [78] Judgment to the extent that it dismissed the plaintiff's breach of contract claims against the United States Marshals Service and United States Department of Justice with prejudice. The Fifth Circuit remanded the case with instructions to dismiss those claims without prejudice. The Fifth Circuit affirmed the dismissal of all of the plaintiff's other claims with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the plaintiff's breach of contract claims against the United States Marshals Service and United States Department of Justice are **DISMISSED WITHOUT PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the remainder of the plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 24th day of May, 2021.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE